[No. 24411-3-III. Division Three. January 25, 2007.]

THE DEPARTMENT OF AGRICULTURE, *Through its Director, Respondent, v.* APPROXIMATELY SEVEN ACRES OF BING AND LAPON CHERRIES ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Douglas County, No. 03-2-00414-3, John Hotchkiss, J., entered July 12, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ.

[No. 56131-6-I. Division One. March 12, 2007.]

THE STATE OF WASHINGTON, *Respondent, v.* CYRUS NGURE KAGWI, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-06081-4, James D. Cayce, J., entered April 25, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56569-9-I. Division One. March 12, 2007.]

BLAISE SIMS ET AL., *Respondents, v.* C-WOLF, INC., ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-07977-9, James H. Allendoerfer, J., entered August 1, 2005. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 56621-1-I. Division One. March 12, 2007.]

THE STATE OF WASHINGTON, *Respondent, v.* JOSEPH ANTHONY DAUB, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 05-1-00202-5, Susan K. Cook, J., entered July 1, 2005. *Affirmed* by unpublished per curiam opinion.